No. 10–7379. MASSENBURG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–7383. HUFF *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–7389. MOBLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 10–7391. SIERRA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 10–7392. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.